UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| JULIE IRVINE, guardian ad litem of Aubrey Archambeau and Joseph Baker, as named plaintiffs on behalf of a class; AUBREY ARCHAMBEAU, on behalf of a class; and JOSEPH BAKER, on behalf of a class,<br><br>Plaintiffs,<br><br>vs.<br><br>JEREMY JOHNSON, Administrator, South Dakota Human Services Center, sued in his official capacity; MATT ALTHOFF, Secretary of the South Dakota Department of Social Services,<br><br>Defendants. | 4:21-CV-04224-KES<br><br>JUDGMENT |

Pursuant to the court's Memorandum Opinion and Order (Docket 95) and Order Dismissing Case (Docket 102), it is

ORDERED, ADJUDGED, AND DECREED that this matter is dismissed with prejudice, without further notice or hearing, and each party shall bear their own costs.

Dated May 7, 2025.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE